IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION


United States of America,            )
                                     )
                                     )
        Plainitff,                   )
                                     )          Case No.16-00560-cv-HFS
        v.                           )          Crim. No. 11-00161-01-cr-HFS
                                     )
Justin L. Teegarden,                 )
                                     )
        Defendant.                   )


MEMORANDUM TO COUNSEL


On April 11, 2018, this Court entered an order lifting the stay in this case and directing the parties to proceed with resentencing. (Doc. 57). The Probation Office filed a status report as to its revised sentencing recommendation. (Doc. 58). Counsel for Mr. Teegarden has contacted chambers asking to schedule a resentencing hearing.

If an agreed sentence can be proposed, with a waiver of hearing, the court would consider the appropriateness of such a sentence, based on the record. Otherwise, counsel should confer as to possible dates for a rescheduling hearing and propose mutually agreeable dates to Judge Sachs' courtroom deputy.


                                        ___/s/ Howard F. Sachs_____
                                        Howard F. Sachs
                                        United States District Court Judge


April 25, 2018
Kansas City, Missouri